IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:18cr156-LSC |
| | ) | (WO) |
| WILLIE LEWIS MURRELL | ) | |

**ORDER**

This matter is before the court on defendant's motion to continue the detention hearing presently set for 3:30 on today's date (Doc. 12) and defense counsel's motion to withdraw (Doc. 13). Upon consideration, it is hereby

ORDERED that the motion to continue the detention hearing (Doc. 12) is GRANTED. The detention hearing is RESET for **Wednesday, May 16, 2018 at 10:30 a.m.** The United States Marshal is DIRECTED to produce defendant for the hearing.

It is further

ORDERED that defense counsel's motion to withdraw is GRANTED. The court has reviewed the motion and defendant's financial affidavit and finds that defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that CJA Panel Attorney Pate DeBardeleben be and is hereby appointed to represent defendant. The Clerk of the Court shall provide counsel with a copy of this order, the motion requesting appointment of counsel, and the financial affidavit.

Done, on this the 15th day of May, 2018.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge