# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:18-cv-156-LSC-SRW |
| WILLIE LEWIS MURRELL, | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 25.) The magistrate judge held an evidentiary hearing on the motion and subsequently filed a report and recommendation, recommending that the motion be denied. (Doc. 69.) The defendant objected. (Doc. 71.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 25) is hereby DENIED.

**Done** and **Ordered** on August 29, 2018.

                                              L. Scott Coogler
                                      United States District Judge

160704