IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:18cr156-MHT
                            )            (WO)
WILLIE LEWIS MURRELL        )
```

ORDER

Defendant Willie Lewis Murrell, 60 years old, has been indicted on one count of possession of a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1). He is clearly a cocaine addict. Moreover, based on the representations made on the record on February 12, 2019, it appears that Murrell may have used cocaine in an effort to self-medicate the symptoms of a mental illness--perhaps depression. Therefore, pursuant to 18 U.S.C. § 3552(b), the court will order a detailed assessment of Murrell's mental health to assist the court in developing an appropriate sentence and conditions of supervision that effectively address his mental-health needs.

***

**Accordingly, it is ORDERED that:**

(1) Defendant Willie Lewis Murrell shall submit to a presentence study pursuant to 18 U.S.C. § 3552(b).

(2) The Probation Department shall arrange for the study to be performed by psychologist Dr. Kale Kirkland.

(3) Dr. Kirkland shall conduct a detailed mental-health evaluation and substance-abuse assessment of defendant Murrell for the purposes of sentencing and shall include his findings in a report to be presented to this court. The report should include: (A) a description of Murrell's personal, medical, and psychological history; (B) a description of the psychiatric, psychological, and medical tests employed and the results; (C) a diagnosis of the DSM-5 mental disorders, substance abuse disorders, and/or other mental-health problems from which Murrell suffers, if any; (D) whether and how his mental-health problems, if any, and his substance abuse relate to, impact, and/or

influence each other; (E) specific recommendations for treatment of his mental and substance abuse disorders and other mental health problems, such as any recommendations as to any particular treatment modalities that are likely to be effective in light of his individual condition, history, and age, and whether psychotropic medication would aid his treatment; and (F) recommendations, in light of his diagnosis/es or other identified problems, as to any social services or other supports that could be provided to assist him in his rehabilitation.

(4) The report is to be filed with the court by March 20, 2019.

DONE, this the 27th day of February, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE