IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr156-MHT |
| | ) | (WO) |
| WILLIE LEWIS MURRELL | ) | |

**ORDER**

Now before the court is the United States Probation Department's petition for early termination of defendant Willie Lewis Murrell's supervised release. The Department represents that Murrell "has completed approximately 32 months of his 36-month term of supervised release," "remains complaint with all conditions of supervised release to date," and is "well positioned ... to remain crime free and to be a productive member of the community." Probation's Pet. for Early Termination of Supervised Release (Doc. 112). Also, the court understands that the government does not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 112) is

granted; that defendant Willie Lewis Murrell's supervised release is terminated; and that defendant Murrell is discharged.

DONE, this the 18th day of January, 2022.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE